IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC, | § § § |
| Plaintiff, | §  Case No: 8:22-cv-00036 |
| vs. | § § PATENT CASE |
| CLICK LABS INC., | § § § |
| Defendant. | § § |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Social Positioning Input Systems, LLC, and Defendant Click Labs, Inc., by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims asserted by the Plaintiff in this Action are dismissed with prejudice and all counterclaims asserted by the Defendant in this Action are dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

This Stipulation and Order shall finally resolve the Action between the parties.

| | |
|---|---|
| Dated: April 13, 2022. | Respectfully submitted, |

/s/Barbra A. Stern
Barbra A. Stern, Esquire
Law Offices of Barbra Stern PA
808 E. Las Olas Blvd. Suite 102
Fort Lauderdale, FL 33301
Phone: (954) 743-4710
Direct Dial (954) 239-7249
barbra@sterncnslt.com

**ATTORNEY(S) FOR PLAINTIFF**

/s/Bradley D. Liddle
John J. Gagliano
john@gagliano.law
Florida Bar No. 87379
GAGLIANO LAW OFFICES
433 Plaza Real Suite 275
Boca Raton, FL 33432
Telephone No. (561) 765-6170
Facsimile No. (215) 554-6979

Bradley D. Liddle (*pro h*ac)
Texas Bar No. 24074599
bliddle@carterarnett.com
Theresa M. Dawson (*pro hac*)
tdawson@carterarnett
Texas Bar No. 24065128
Carter Arnett PLLC
8150 N. Central Expy, Ste. 500
Dallas, Texas 75206
Telephone No. (214) 550-81880
Facsimile No. (214)550-8185

**ATTORNEY(S) FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing was filed electronically and served by operation of the Court's electronic filing system on April 13, 2022. Parties may access the foregoing through the Court's system.

/s/Barbra A. Stern
Barbra A. Stern, Esquire